**88-1274.** Parma v. Pub. Util. Comm. Appeal from the Public Utilities Commission of Ohio, No. 87-31-GA-GCR. On motion for leave to intervene of Columbus Gas Co. Motion granted.

Holmes, J., dissents.

**88-1282.** Ohio Bell Tel. Co. v. Pub. Util. Comm. Appeal from the Public Utilities Commission of Ohio. No. 85-1076-TP-CSS. On motion for leave to intervene of Carpet Color Systems. Motion granted.

Holmes, J., dissents.

**88-1293.** Parma v. McKelvey. *Cuyahoga County,* No. 53702. On motion for leave to file memorandum in support of jurisdiction instanter. Motion granted.

**88-1298.** Menninger v. Airtron, Inc. *Warren County,* No. CA87-08-067. On motion to consolidate with 88-113, *McCormick v. Kisor,* Franklin County, No. 87AP-232. Motion granted.

**88-1364.** Federal Steel & Wire Corp. v. Ruhlin Constr. Co. *Cuyahoga County,* No. 52550. On motion for leave to file *amicus* of Ohio Contractors Assn. Motion granted.

**88-1366.** State v. Graewe. *Guernsey County,* No. 87-CA-17. On motion for leave to file delayed appeal. Motion granted.

Moyer, C.J., Holmes and Wright, JJ., dissent.

**88-1386.** State v. Jackson. *Clermont County,* No. CA87-07-062. On motion for leave to file delayed appeal. Motion granted.

Holmes, J., dissents.

**88-1395.** Springfield v. Myers. *Clark County,* No. CA-2420. On motions for leave to file notice of appeal and memorandum in support of jurisdiction instanter. Motion granted.

Sweeney, Douglas and Wright, JJ., dissent.

**88-1400.** State v. Johnson. *Trumbull County,* No. 2823. On motion for leave to. file delayed appeal. Motion denied.

**88-1407.** State v. Johnson. *Cuyahoga County,* No. 53732. On motion for leave to file delayed appeal. Motion granted.

**88-1411.** State v. Gandy. *Cuyahoga County,* Nos. 53884 and 54010. On motion for leave to file memorandum in support of jurisdiction instanter. Motion granted.

**88-1447.** Plough v. Midwest Fireworks. *Portage County,* No. 1859. On motion for leave to file notice of appeal instanter. Motion granted.

**88-1456.** State v. Turner. *Cuyahoga County,* No. 40035. On motion for leave to file delayed appeal. Motion granted.

Locher, J., dissents.

**88-1478.** State v. Woods. *Franklin County,* No. 87AP-736. On motion for leave to file memorandum in support of jurisdiction instanter. Motion granted.

**88-1484.** State, ex rel. Draper, v. Kane. *Hamilton County,* No. C-880200. On motion to expedite. Motion denied.

Douglas, J., dissents.

**88-1488.** State v. Newland. *Sandusky County,* No. S-87-34. On motion for leave to file delayed appeal. Motion granted.

Wright, J., dissents.

**88-1498.** Bank One of Cleveland, N.A. v. Abbe. *Geauga County,* No. 1336. On motion to dismiss. Motion to dismiss overruled.

Locher and Wright, JJ., dissent.

H. Brown, J., not participating.

